In the Matter of the Application of WILLIAM LA DUE, Appellant, for a Peremptory Order of Mandamus, v. WILLIAM H. VAN KEUREN, as Commissioner of Public Safety of the City of Yonkers, etc., and Another, Respondents.— It appearing that the appellant has resigned from the police department of the city of Yonkers, the motion for reargument or for leave to appeal to the Court of Appeals is denied. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

In the Matter of the Application of ANN E. MINCK for Payment of Award for Damage Parcel No. 6, on the Damage Map, in the Proceeding to Acquire Title by the City of New York, to Lands and Premises on Robinson Street and Union Street, West of Queens Avenue, etc., Borough of Queens, as a Site for School Purposes.— Motion for payment of award granted. Order signed. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

In Proceedings Supplementary to Execution. RESOURCE HOLDING CORPORATION, Respondent, v. SYLVIA GROPPER, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for Wednesday, December 1, 1926 (for which date the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

MARY HORNBY LAPIEDRA, Individually and as Administratrix, etc., of BRIDGET DITTON, Deceased, Respondent, v. AMERICAN SURETY COMPANY OF NEW YORK and THOMAS W. TUITE, Appellants.— Motion to dismiss appeal denied, without costs. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

GERARDO MARANO, Appellant, v. MARIA MARANO, Respondent.— Motion to open default granted on condition that appellant perfect the appeal for Friday, November 12 [1926] (for which date the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

HARRY MOLLIN and JOSEPH MOLLIN, Respondents, v. M. & L. BUILDING CORPORATION and Others, Defendants. ABRAHAM LAUTERSTEIN, Appellant.— Motion to dismiss appeal denied. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

MICHAEL R. O'NEIL, WILLIAM J. O'NEIL and MAMIE RYAN, Appellants, v. MICHAEL O'NEIL, JR., etc., and Others, Respondents.— Motion to dismiss appeal denied on condition that within five days from the date of the order herein the appellant pay to respondents' attorney ten dollars costs, and that the appeal be perfected for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT CARMINE DE STEPHANO, Appellant.— Motion for reargument granted, and, upon such reargument, case set down for the January, 1927, term. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.